UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT O. JOHNSON, et al., <br> Plaintiffs, <br> v. <br> JAMES WILLIAMS, et al., <br> Defendants. | Case No. 23-cv-04671-RS <br><br> **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

On January 11, 2024, the Report and Recommendation advising dismissal of the Complaint was adopted in part and modified in part. Plaintiffs were given leave to amend and advised that if they failed to file an amended complaint by February 1, 2024, this action would be subject to dismissal with prejudice. No amended complaint has since been filed. However, given that the Complaint was dismissed on the grounds subject matter jurisdiction was lacking, dismissal without prejudice (rather than with prejudice) is appropriate. This action is dismissed, therefore, without prejudice.

**IT IS SO ORDERED**.

Dated: February 2, 2024

_____
RICHARD SEEBORG
Chief United States District Judge